AO 455(Rev. 5/85) Waiver of Indictment

FILED
APR - 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                               DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| ARMANDO BAHENA-ESPINOZA | CASE NUMBER: 08cr1065-L |

I, ARMANDO BAHENA-ESPINOZA, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 8 april 08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X Armando Espinoza
Defendant

Counsel for Defendant

Before _____
JUDICIAL OFFICER